UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
INTERESTED UNDERWRITERS AT LLOYD'S
UNDER POLICY NUMBER CM309490M,

                                    Plaintiff,

-against-

COMMODITY FORWARDERS, INC., et al.,

                                  Defendants.
-----------------------------------------------------------------------X

20-cv-4516-ER

**ORDER AND STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter be and hereby is discontinued with prejudice and without costs to either party, subject to reopening by either party by letter request within thirty days of entry of this Order should payment not be consummated.

Dated: New York, New York
        May 9, 2022
        176-88

| | |
|---|---|
| CASEY & BARNETT LLC<br>Attorneys for Plaintiff | CONDON & FORSYTH LLP<br>Attorneys for Defendant, Saudia Cargo |
| By: *Martin Casey*<br>Martin F. Casey<br>305 Broadway, Suite 1202<br>New York, NY 10007<br>(212) 286-0225 | By: *Bartholomew J. Banino*<br>Bartholomew J. Banino<br>7 Times Square<br>New York, New York 10036<br>(212) 490-9100 |

SPECTOR RUBIN, P.A.
Attorneys for Defendant,
Commodity Forwarders, Inc.

By: _____
Andrew Spector
3250 Mary Street, Suite 405
Miami, FL 33133

Troy Geisser
11 Broadway, Suite 615
New York, NY 10004
Telephone: (305) 537-2000

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
Date:   May 10, 2022
        New York, New York